

**3985818310**

Enterprise Hotels LLC



- Loan Summary
- Statements
- Payments
- Manage Recurring Payments
- Tax Forms
- Notices

# Loan Summary

**SBA Loan Number**

3985818310



## Paycheck Protection Second Draw

For Enterprise Hotels LLC

| $98,102.79 | Current Status | Loan Number | Next Payment |
|---|---|---|---|
| Outstanding Balance | Charged Off | 3985818310 | $9,928.37 due on May 06, 2024 |



### What's happening right now?

Your loan has been charged off by the SBA. **There is nothing for you to do right now.**


Request Loan Modification ▶


View Statements ▶


View Notices ▶


View Tax Forms ▶


Payment History ▶


Payment Activity ▶

**EXHIBIT J**



Send a Message ▶

## Loan Details

| | |
|---|---|
| SBA Loan Number | 3985818310 |
| Loan Type | Paycheck Protection Second Draw |
| Loan Status | Charged Off |
| Loan Maturity Date | 01/22/2026 |
| Initial Approved Amount | $98,102.79 |
| Current Approved Loan Amount | $98,102.79 |
| Total Undisbursed Amount | $0.00 |
| Outstanding Balance | $98,102.79 |

## Statements

  Electronic Statements

Case 1:24-cv-00408-RAH-SMD    Document 1-10    Filed 07/12/24    Page 3 of 3

5/17/24, 6:01 PM                                                                                                                                                                                    MySBA Loan Portal



Mailed Statements

Will be mailed to **1305 Mall of Georgia Blvd, STE 201, BUFORD, GA 30519-8145** every statement cycle.



Will be emailed to **jtampa@ascent-hospitality.com** every statement cycle.

## Interest and Payoff

| | |
|---|---|
| Interest Rate Charged | 1.00% |
| Daily Interest Accrual | $2.69 |
| Accrued Interest | $112.89 |
| Outstanding Interest | $0.00 |
| Total Interest | $112.89 |
| Previous Year Interest Paid | ----- |
| Current Year Interest Paid | ----- |
| Payoff Date | 05/17/2024 |
| Payoff Balance | $98,102.79 |

https://lending.sba.gov/borrower/#/loan/2103960d-afc3-11ed-8152-f7fbb2d02a24/summary    3/4